# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

## PRO BONO FUND VOUCHER
## AND REQUEST FOR REIMBURSEMENT

I, __William D. Wallace/Michael D. Callan__, duly appointed as counsel pro bono to represent __Terry__ in the matter of

__Terry Daum__ v. __Devlin, et al.__

Civil Action No. __9:15__-CV-__01083__, hereby request reimbursement pursuant to Local Rule 83.2 for expenses incurred in the representation of my pro bono client in the amount of $ __1,402.82__.

I certify that the expenses, a detailed copy of which are attached hereto, are reasonable and necessary. I further understand that absent prior approval of the court, cumulative expenses in this matter will not exceed $2,000.00.

Dated: __9/22/2021__.

Counsel Pro Bono (Signature): _/s/ W__, _M.D.C.___

The above application of counsel pro bono is fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund.

Dated: _____.

Presiding Judge (Signature): _____

IT IS SO ORDERED.

Dated: __Oct. 6, 2021__.

Chief U.S. District Judge



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Authorization Request

**Attorney(s) Name:** William D. Wallce, Esq./Michael D. Callan, Esq.

**Case Number/Party Represented:** Terry Daum - Case No. 9:15-cv-01083

☑ **Authorization Request for expenses in excess of $500.00**

Explanation:

Video depositions and transcripts of Wilelle Johnson, Gary Bowen and Jason Scotchmer on March 30, 2021

☐ **Authorization Request for voucher in excess of $2,000.00**

Explanation:

☐ **Travel Authorization Request**

Provide justification for travel and a list of estimated travel expenses:

The above Authorization Request for travel expenses, expenses in excess of $500.00 or voucher in excess of $2,000.00 is hereby APPROVED.

Presiding Judge (Signature): _____

Dated: _____

*Please email Authorization Request to the "Courtroom Deputy" of presiding Judge
*A copy of the approved authorization must be attached to your pro bono voucher.

0

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## Pro Bono Expense Voucher

**Attorney(s) Name:** Michael D. Callan, Esq./William D. Wallace, Esq.

**Law Firm Name:** Saunders Kahler, L.L.P.

**Mailing Address of Law Firm:** 185 Genesee Street, Suite 1400

**City/State/Zip:** Utica, NY 13501

I hereby request payment be made for Pro Bono services performed in:

**Case Number:** 9:15-CV-01083-DNH-DJS

**Party Represented:** Plaintiff Terry Daum

**Dates of Service:** From: 3/25/2019   To: 4/6/2021

*Rates Effective October 2020 through September 2021*
See mileage rates for Northern District of New York

| GSA PER DIEM RATES: (Recommended) | Lodging | Meals |
|---|---|---|
| Syracuse | $101 | $61 |
| Albany | $114 | $61 |
| Utica | $96 | $55 |
| Binghamton | $101 | $61 |
| Plattsburgh | $96 | $55 |

*Only actual expenses may be claimed

**GRAND TOTAL VOUCHER AMOUNT:** $1402.82 ✓

Finance Audit: MC   Date: 9/22/2021

I certify that I rendered the services described herein, that said services are fair and reasonable and payment is requested from the Northern District of New York's Pro Bono Fund. I further understand that absent prior approval of the Court, cumulative expenses in this matter will not exceed $2,000.00.

**Attorney Signature:** _[signature]_   **Date:** 9/22/2021

*Must provide receipts if your expenses include airfare, lodging, rental car and expenses $50.00 and over.
*Please submit your voucher via ECF using "Motion for Disbursement of Funds" event.
*If you have an expense over $500.00, travel expenses or your voucher exceeds $2,000.00, please fill out the attached Authorization Request Form.

1

## Pro Bono Other Expenses

*Any expenses in excess of $500.00 should receive the Court's prior approval. Please see guidelines for further details.

Attorney(s): Michael D. Callan, William D. Wallace

| DATE | EXPENSE TYPE | NOTES/PURPOSE | TOTAL EXPENSE AMOUNT | |
|---|---|---|---|---|
| 3/5/20 | Medical Records - Check to Sullivan CF | Evaluation of Injuries | $ 27.00 | |
| 4/1/21 | Video Depositions and Transcripts | Trial Depositions | $ 921.82 | ✓ |
| 4/6/21 | Lunch - Jimmy John's | Lunch for ~~Client~~/COs, Attorneys | $ 37.11 | original amt $46.38 |
| 4/8/21 | FedEx - clothes back to Daum's uncle | Clothes for trial | $ 115.30 | ✓ |
| | | TOTAL: | $ 1,101.23 | ✓ |

3

## Pro Bono Travel Expenses

*Receipts required for lodging, airfare, rental cars and any meal $50.00 and over*

*Reimbursement for meals and lodging expenses may be claimed only on an actual expense (itemized) basis, up to the applicable GSA per diem allowance for the date and location of travel. (See Rates table on page 1)

Attorney(s): _____

| DATE | EXPENSE TYPE | TO/FROM | OTHER EXPENSE AMOUNT | MILEAGE | MILEAGE RATE .575 (EFFECTIVE 1/1/20) | TOTAL |
|---|---|---|---|---|---|---|
| 8/16/19 | Privately Owned Vehicle | Great Meadow/Utica | | 256 | 0.58 | $ 148.48 |
| 9/5/19 | Privately Owned Vehicle | Albany/Utica | | 192 | 0.58 | $ 111.36 |
| 9/5/19 | Meals: Breakfast | | $ 20.88 | | | $ 20.88 |
| 9/5/19 | Meals: Lunch | | $ 20.87 | | | $ 20.87 |
| | | | | | TOTAL: | $ 301.59 |

*Any expense other than privately owned vehicle, please enter in **OTHER EXPENSE AMOUNT**.

2



# Invoice

**Associated Reporters Int'l., Inc.**

10 River Drive
P.O. Box 165
Massena, NY 13662

Phone - 518-465-8029
Email - ARII@courtsteno.com

Bill To:
SAUNDERS KAHLER, LLP
Attn: Merritt S. Locke
185 Genesee Street, Suite 1400
Utica, NY 13501

PAID 03/30/2021

| Date | Invoice # | Job # | Terms | Tax ID |
|---|---|---|---|---|
| 4/1/2021 | 149355 | 210330.1N1 | | 16-1397123 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Appearance Fee: Full Day - 3/30/21 | 150.00 | 150.00 |
| | Video Services - Video - Flat Charge - 3/30/21 | 75.00 | 75.00 |
| 25 | Deposition of WILELLE JOHNSON - Daum v Devlin/Cross/Stickney - 3/30/21 - Index No.: 15-CV-01083 - EXPEDITE | 6.46 | 161.50 |
| 22 | Deposition of GARY BOWEN - Daum v Devlin/Cross/Stickney - 3/30/21 - Index No.: 15-CV-01083 - EXPEDITE | 6.46 | 142.12 |
| 20 | Deposition of JASON SCOTCHMER - Daum v Devlin/Cross/Stickney - 3/30/21 - Index No.: 15-CV-01083 - EXPEDITE | 6.46 | 129.20 |
| | Video Services - Video editing | 250.00 | 250.00 |
| | Postage | 14.00 | 14.00 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TERRY DAUM,
Plaintiff,
vIndex No.: 15-CV-01083
CAPTAIN DEVLIN; SERGEANT CROSS;
C. STICKNEY, CORRECTION OFFICER,
Defendants.
_____X

DEPOSITIONS
DATE: March 30, 2021

VENUE: WebEx

**Total** $921.82



## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 03/17 | INFO QUICK SOLUTIONS I 315-463-1400 NY | 5.00 |
| 03/20 | INFO QUICK SOLUTIONS I 315-463-1400 NY | 2.00 |
| 03/20 | INFO QUICK SOLUTIONS I 315-463-1400 NY | 20.00 |
| 03/20 | INFO QUICK SOLUTIONS I 315-463-1400 NY | 3.00 |
| 03/23 | DELAWARE COUNTY CLERK 607-8325700 NY | 210.00 |
| 03/26 | NYSDOS ECORP 518 473 8262 518-4738262 NY | 210.00 |
| 03/29 | IN *ASSOCIATED REPORTERS 315-7696429 NY | 250.00 |
| 03/30 | IN *ASSOCIATED REPORTERS 315-7696429 NY | 1,000.00 |

MERRITT S LOCKE
TRANSACTIONS THIS CYCLE (CARD          )

| 2021 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2021 | $0.00 |
| Total interest charged in 2021 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.



## INTEREST CHARGES

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | 13.24%(v)(d) | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | 24.99%(v)(d) | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | 13.24%(v)(d) | -0- | -0- |

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.
*Includes interest charges on Late or Return Payment fees.
**This My Chase Loan has expired. Interest will continue to accrue on this My Chase Loan balance until it is paid in full.

31 Days in Billing Period



Associated Reporters Int'l., Inc.
10 River Drive
Massena, NY 13662

04/07/2021

| CREDIT | | Total: | $328.18 |

Visa
xxxxxxxxxxxx8087

| Exp. Date: | xx / xx | | |
| Entry Mode: | Keyed | | |
| Name: | SAUNDERS KAHLER, LLP | | |
| Auth. Code: | N/A | QuickBooks Trans. No: | 97 |
| Trans. ID: | ▓▓▓▓▓ | Merchant No.: | ▓▓▓▓▓ |
| Terminal ID: | - | AID | - |

X_____

Signature

MERCHANT COPY

**FedEx Express** Package US Airbill   8166 1063 1200   Sender's Copy

1 From
Date: 4/8/21
Sender's Name: Will Wallace   Phone: 315 733-0419
Company: SAUNDERS KAHLER, LLP
Address: 185 GENESEE ST STE 1400
City: UTICA   State: NY   ZIP: 13501-2106

2 Your Internal Billing Reference: 19-99

3 To
Recipient's Name: Edward De Cardiva
Address: 102 Drake Avenue
Unit 12
City: New Rochelle   State: NY   ZIP: 10805

0137202269

4 Express Package Service
[X] FedEx Standard Overnight

5 Packaging
[X] Other

7 Payment: Bill to Sender

611



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-335-16157 | Apr 12, 2021 | | 4 of 4 |

Ship Date: Apr 08, 2021   Cust. Ref.: 19 99   Ref.#2:
Payor: Shipper   Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 6.25% to this shipment.
Distance Based Pricing, Zone 3
We calculated your charges based on a dimensional weight of 27.0 lbs, 19 in x 12 in x 16 in, using a dimensional factor of 139.
Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | AWB | **Sender** | **Recipient** |
| Tracking ID | 816610631200 | WILL WALLACE | EDWARD DE CARDURA |
| Service Type | FedEx Standard Overnight | SAUNDERS KAHLER, LLP | 102 DRKAE AVE UNIT 12 |
| Package Type | Customer Packaging | 185 GENESEE ST STE 1400 | NEW ROCHELLE NY  10805  US |
| Zone | 03 | UTICA NY  13501-2108 US | |
| Packages | 1 | | |
| Rated Weight | 27.0 lbs, 12.2 kgs | | |
| Delivered | Apr 09, 2021 14:56 | Transportation Charge | 103.57 |
| Svc Area | A2 | Fuel Surcharge | 6.78 |
| Signed by | see above | Residential Delivery | 4.95 |
| FedEx Use | 009845720/1305/02 | Total Charge                                   USD | $115.30 |

|  |  |  |
|---|---|---|
| | Shipper Subtotal       USD | $287.48 |
| | Total FedEx Express    USD | $287.48 |

9/22/21, 8:58 AM  Imaging - View Transaction



