**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

TERRY DAUM,

                               Plaintiff,

         - v -                               Civ. No. 9:15-CV-1083
                                            (DNH/DJS)

DEVLIN, *et. al.*,

                            Defendants.

**APPEARANCES:**                           **OF COUNSEL:**

TERRY DAUM
Plaintiff, *Pro Se*
97-A-1295
Auburn Correctional Facility
P.O. Box 618
Auburn, New York 13021

HON. LETITIA JAMES                    THOMAS A. CULLEN, ESQ.
Attorney General of the State of New York    Assistant Attorney General
Attorney for Defendants
The Capitol
Albany, New York 12224

**DANIEL J. STEWART**
**United States Magistrate Judge**

## <u>ORDER</u>

    Plaintiff's claims for sexual assault and failure to intervene against Defendants

Devlin, Stickney, and Cross were dismissed on initial review under 28 U.S.C. §§ 1915(e) &

1915A.  Dkt. No. 7 at pp. 9-11 & 13.  Other claims proceeded against these individuals, with

the matter ultimately proceeding to trial at which a verdict for Defendants was reached.  *See*

Dkt. Nos. 173 & 174. Plaintiff appealed and the Second Circuit vacated the District Court's

Order dismissing those claims upon initial review and remanded the matter. Dkt. No. 191.

Combined, sections 1915(e) and 1915A require the District Court to conduct an initial

review of prisoner, *in forma pauperis* complaints to assess whether they state a plausible

cause of action. *See*, *e.g.*, *Bussie v. Boehner*, 21 F. Supp. 3d 244, 245 (E.D.N.Y. 2014).

Given that the prior initial review order has been vacated, this Court must conduct a new

review. In light of the Second Circuit's conclusion that the sexual assault claim "permit[s]

a plausible inference" that the alleged assault lacked any penological purpose, Dkt. No. 191

at p. 4, the Court concludes that Defendants must respond to that claim and the related failure

to intervene claim.

**ACCORDINGLY**, it is hereby

**ORDERED**, that Defendants shall answer or otherwise move with respect to those

allegations in the Complaint on or before August 31, 2023; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order upon the parties

to this action.

Dated: July 24, 2023
          Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge

*-2-*